**FILED**

OCT 1 4 2008   NF.

Oct 14 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CH

DARNETHA BROOKS,                                  )
                                                  )     **08CV5866**
                              Plaintiff,           )     **JUDGE MANNING**
                                                  )     **MAGISTRATE JUDGE COX**
            v.                                    )
                                                  )
CHICAGO POLICE OFFICER J.L. WILSON,               )
STAR No. 11352, CHICAGO POLICE                    )
OFFICER D.L. BOWEN, Star No. 14687                )     JURY DEMANDED
and CITY OF CHICAGO,                              )
                                                  )
                              Defendants.          )

## COMPLAINT AT LAW

Now comes the Plaintiff, DARNETHA BROOKS, by her attorney, JAMES A. STAMOS,

and files this Complaint against the Defendants, CHICAGO POLICE OFFICERS J.L. WILSON,

STAR No. 11352, CHICAGO POLICE OFFICER D.L. BOWEN, Star No. 14687 and CITY OF

CHICAGO, and each of them alleges and says:

### JURISDICTION AND VENUE

1.    This action arises under the Civil Rights Act of 1871, 42 U.S.C. Sec. 1983, as

amended ("Section 1983"); 42 U.S.C. Sec. 1985; and 42 U.S.C. Section 1988, and the Fourth, Fifth,

and Fourteenth Amendments to the United States Constitution. Plaintiffs also plead supplemental

state law claims.

2.    Jurisdiction is invoked pursuant to 28 U.S.C. §§1331, 1343, and 1367.

3.      This action properly lies in the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. Sec. 1391(b), as Defendants are located in this judicial district, the Plaintiffs reside in this judicial district, and the claims arose in this district.

4.      Plaintiff, DARNETHA BROOKS, was at all times relevant herein, a resident of the United States, the State of Illinois, the County of Cook, Illinois, and the City of Chicago, Illinois and were entitled to all the rights, privileges and immunities guaranteed to residents of the United States under the Constitution and Laws of the United States, including the right to be free from illegal search and seizure, arrest and imprisonment without probable cause.

5.      The individual Officer Defendants, OFFICER J.L. WILSON, STAR No. 11352, and OFFICER D.L. BOWEN, Star No. 14687, were, at all times relevant to this Complaint duly appointed and acting as a police officer, employed by Defendant, CITY OF CHICAGO, which was responsible for the policies, practices, customs and training of the said Officers Defendants.

## FACTS COMMON TO ALL CAUSES OF ACTION

6.      At all times material herein, the CITY OF CHICAGO employed the Defendant Officers and provided them with official badges and credentials, uniforms and weapons.

7.      The Plaintiff is DARNETHA BROOKS.

8.      At the times material herein, the Defendant Officers engaged in the conduct complained of under color and pretense of the statutes, ordinances, regulations, customs and usages of CITY OF CHICAGO, and the State of Illinois, and were acting in the course of and scope of their employment.

9.      On or about October 14, 2007, at approximately 2:20 a.m., the Plaintiff was lawfully in the vicinity of 1000 West 93rd Street, Chicago, Illinois.

2

10. At all times relevant hereto, the Defendant Officers were acting in their capacities as duly appointed police officers for the CITY OF CHICAGO.

11. At the time and place above described, the Defendant Officers were engaged in routine patrol in the vicinity of 1000 West 93rd Street, Chicago, Illinois.

12. The Plaintiff was in no way involved in any unlawful activity.

13. At or about 2:20 a.m., on said date, at said vicinity, the Plaintiff, DARNETHA BROOKS, was standing outside a premises saying good night to friends and acquaintances.

14. On said date and time of said location the Plaintiff was approached by said Defendant Police Officers who questioned her and then without provocation and/or lawful jurisdiction, OFFICER J.L. WILSON, Star No. 11352 approached Plaintiff from the rear, pushed DARNETHA BROOKS in the back, knocking her to the ground.

15. Thereafter, the Defendant, POLICE OFFICER WILSON and POLICE OFFICER BOWEN, without probable cause to believe that DARNETHA BROOKS committed any of the following offenses, arrested Plaintiff:

        a)     Drinking on the public way;

        b)     Aggravated assault on a Chicago Police Officer; and

        c)     Resisting Police Officers.

16. On said date, time and place, DARNETHA BROOKS was arrested, with excessive force, and falsely charged DARNETHA BROOKS with the foregoing offenses thereby falsely arrested and falsely imprisoned DARNETHA BROOKS.

17. The Defendant Officers did not have probable cause to believe that the Plaintiff had committed a crime.

3

18.     Defendants' conduct toward Plaintiff was outrageous, malicious, willful and wanton, and conducted with a design to oppress and injure the Plaintiff and deprive her of her constitutional rights.

19.     The Defendants, and each of them, have a duty to uphold the U.S. Constitution, the laws of the United States, and the laws and Constitution of the State of Illinois.

20.     The CITY OF CHICAGO has a duty to properly train their officers to ensure that they are trained to uphold the U.S. Constitution, the laws of the United States, and the laws and Constitution of the State of Illinois, and to preserve the community's rights and well-being, including the rights and well-being of the Plaintiff herein.

21.     The actions of the Defendant Officers as described herein exhibit deliberate indifference to the rights of the Plaintiff and are of such an outrageous nature as to shock the conscience of any reasonable person.

22.     The CITY OF CHICAGO has a history of failing to adequately train its officers in the use of excessive force and respect of constitutional rights, investigate claims of excessive force and constitutional rights, failing to adequately investigate same, failing to discipline its officers for instances of excessive force and violations of constitutional rights, and knowingly ignoring same or turning a blind eye to the same.

23.     Defendant, CITY OF CHICAGO, is responsible for the aforesaid actions of the Defendant Officers due to its failure to properly train, discipline, investigate and/or supervise them.

24.     As a result of the actions of the Defendants, the Plaintiff incurred damages including but not limited to consequential damages, bodily injury, pain, suffering, and personal harm, damage to reputation, mental distress, anguish, humiliation and loss of liberty and property.

4

## COUNT I

### EXCESSIVE FORCE AND AGGRAVATED BATTERY CLAIM
### UNDER SECTION 1983 AGAINST ALL OFFICER DEFENDANTS

25.    Paragraphs 1-24 are realleged the same as though fully pleaded herein.

26.    The acts of the named Defendants acting within the scope of their employment with the County of Cook, City of Chicago, in forcefully battering, handcuffing, and holding at gunpoint the Plaintiff in a manner as to cause severe and intense pain and otherwise using excessive and unjustifiable force against her caused unpermitted contacts of a harmful and/or offensive nature, and the imminent fear of further bodily harm and trauma, violating Plaintiff's rights under the Fourth Amendment to the United States Constitution to be secure in her person, papers and effects and against unreasonable searches and seizures and 42 U.S.C. Sec. 1983.

27.    Defendants' conduct constituted a wilful violation of 42 U.S.C. Sec. 1983.

28.    As a proximate result of the actions alleged herein, Plaintiff has suffered damages and irreparable injury.

## COUNT II

### FALSE ARREST IN VIOLATION OF SECTION 1983
### AGAINST ALL OFFICER DEFENDANTS

29.    Paragraphs 1-28 are realleged the same as though fully pleaded herein.

30.    The Officer Defendants arrested Plaintiff falsely, wrongfully, and without probable cause.

31.    Defendant deprived Plaintiff of her liberty without due process of law, in violation of her Fourth and Fourteenth Amendment rights to be free from unreasonable search and seizure, and 42 U.S.C. Sec. 1983.

32. Defendants' conduct constitutes a wilful violation of 42 U.S.C. Sec. 1983.

33. As a proximate result of the actions alleged herein, Plaintiff has suffered damages and irreparable injury.

## COUNT III

### WRONGFUL DETENTION AND IMPRISONMENT IN VIOLATION OF SECTION 1983 AGAINST BOTH OFFICER DEFENDANTS

34. Paragraphs 1-33 are realleged the same as though fully pleaded herein.

35. The Officer Defendants detained and imprisoned Plaintiff falsely, wrongfully, and without reasonable suspicion or probable cause.

36. Defendants deprived Plaintiff of her liberty without due process of law, in violation of the fourteenth Amendment and 42 U.S.C. Sec. 1983.

37. Defendants' conduct constitutes a wilful violation of 42 U.S.C. Sec. 1983.

38. As a proximate result of the actions alleged herein, Plaintiff has suffered damages and irreparable injury.

## COUNT IV

### PLAINTIFF'S SECTION 1983 CLAIM AGAINST CITY OF CHICAGO – ILLEGAL SEARCH AND SEIZURE

39. Paragraphs 1-38 are realleged the same as though fully pleaded herein.

40. As a result of the policies and failure to properly train its officers as alleged, Defendant, CITY OF CHICAGO, deprived the Plaintiff of her constitutional right to be safe and secure in her own home and free from unreasonable search and seizure, in violation of the Fourth and Fourteenth Amendments and 42 U.S.C. Sec. 1983.

41.     As a result, the Plaintiff has suffered damages and irreparable injury.

WHEREFORE, the Plaintiff, DARNETHA BROOKS, prays for the following relief:

A.     Trial by jury on the issues raised in this Complaint.

B.     That a declaratory judgment be issued that Plaintiff's rights have been violated as alleged above and that the practices complained of herein are unlawful and violative of the Constitutional, common law, and statutory rights of Plaintiff as alleged herein.

C.     That the Court permanently enjoin Defendants, their agents, successors, officers, and employees and those acting in concert with them from engaging in each of the unlawful practices, policies, customs and usages set forth herein, and from continuing any and all other practices shown to be in violation of applicable law.

D.     The Plaintiff recover from the Defendants pre and post judgment interest, compensatory, consequential and punitive damages for emotional pain, suffering, personal injury, inconvenience, embarrassment, humiliation, injury to reputation, wilful and wanton conduct with the intent to cause personal harm, and other non-pecuniary losses and for any other damages to which Plaintiff may be entitled to under federal and/or state law.

E.     That Plaintiff be awarded the costs and disbursements of this action, including reasonable attorney's fees pursuant to the Civil Rights Attorneys Fee Award Act of 1976, 42 U.S.C. Sec. 1988 and any other attorney fee statutes.

F.     For such other and further relief as this Honorable Court deems just and proper under

the circumstances.

                              Respectfully submitted,

                              DARNETHA BROOKS, Plaintiff

                              By:_____
                                     JAMES A. STAMOS

JAMES A. STAMOS, LTD.
6800 South Bennett Street
Chicago, Illinois 60649
(312) 719-5068

8